# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| IRA DARLINA BAKER, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 2:19-cv-00077-Z-BP |
| § | |
| RICHARD KEITH COBURN, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion to Amend the Complaint, ECF No. 21, filed February 13, 2020. For good cause shown, and noting that it is unopposed, the Court **GRANTS** the Motion. Due to the Court's granting Plaintiffs leave to amend their Complaint, the undersigned **RETRACTS** the Findings, Conclusions, and Recommendation, ECF No. 20, entered on January 31, 2020, and deems the Defendants' Motion to Dismiss, ECF No. 10, to be **MOOT**.

Accordingly, the Court **ORDERS** that Plaintiffs' First Amended Complaint, ECF No. 21-2, be filed on this date, and the Clerk of Court note the filing on the docket sheet in this case; the Findings, Conclusions, and Recommendations, ECF No. 20, are **RETRACTED**, and Defendants' Motion to Dismiss, ECF No. 10, is deemed to be **MOOT**.

It is so **ORDERED** on February 19, 2020.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE